# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>vs.<br>QUINCY LEAFSTEDT,<br>　　　　　Defendant. | Case No. 3:15-cr-00047-SLG |

**ORDER ON RECENT FILINGS AND DENYING CERTIFICATE OF APPEALABILITY**

　　　　On June 29, 2018, Quincy Leafstedt, a self-represented federal prisoner, filed a motion seeking a status update and a letter to the Court.[1]

　　　　This Court issued an order on April 2, 2018, denying Mr. Leafstedt's Motion to Correct Sentence Pursuant to 28 U.S.C. § 2255.[2] On June 18, 2018, the Court entered an order denying Mr. Leafstedt's Motion to Seal Case.[3] It is unclear why it appears that Mr. Leafstedt may not have received these orders, as the docket indicates that they were each mailed to him by Court personnel. In any event, the motion for a status update at Docket 44 is DENIED AS MOOT.

　　　　With respect to the Notice at Docket 45, the Section 2255 motion was decided on April 2, 2018. The Court will treat the Notice as a motion for reconsideration of the April 2, 2018 order. The Court notes that *Rosales-Mireles v. United States*, 138 S.Ct. 1897 (2018), upon which Mr. Leafstedt's Notice relies, does not apply to this case because a

---

[1] Dockets 44 & 45.

[2] Docket 40.

[3] *See* Docket 43.

sentencing miscalculation has not been found. Accordingly, the Notice at Docket 45 is also DENIED.[4]

The Clerk of Court is directed to provide a copy of the orders at Docket 40 and 43 to Mr. Leafstedt with this order.

The Court also finds that Mr. Leafstedt has not made the requisite substantial showing of the denial of a constitutional right;[5] therefore, a certificate of appealability will not be issued by this Court. Mr. Leafstedt may request a certificate of appealability from the Ninth Circuit Court of Appeals.

The Clerk of Court is directed to enter a final judgment accordingly.

**IT IS SO ORDERED.**

DATED at Anchorage, Alaska, this 12th day of July, 2018.

/s/ Sharon L. Gleason
United States District Judge

---

[4] The time to appeal a Section 2255 order is governed by Rule 11(b) of the Rules Governing Section 2255 Proceedings, which provides that Federal Rule of Appellate Procedure 4(a) governs the time to appeal a Section 2255 order.

[5] See Slack v. McDaniel, 529 U.S. 473, 484 (2000) (certificate of appealability may be granted only if applicant made "substantial showing of the denial of a constitutional right," i.e., showing that "reasonable jurists could debate whether . . . the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further" (internal quotations and citations omitted)).

3:15-cr-00047-SLG, *U.S. v. Leafstedt*
Order on Recent Filings and Denying Certificate of Appealability
Page 2 of 2